CHARLES P. ROGERS, Respondent, *v.* KNICKERBOCKER ICE
COMPANY, Appellant, Impleaded with Another.

*Rogers* v. *Knickerbocker Ice Co.*, 171 App. Div. 912, affirmed.
(Argued October 16, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered December 8, 1915, modifying and affirming as
modified a judgment in favor of plaintiff entered upon
a verdict in an action to recover for personal injuries
alleged to have been sustained by plaintiff through the
negligence of defendant. Plaintiff was a workman
employed by the Third Avenue Railroad Company. He
was working in a shallow excavation on Third avenue,
between Twenty-ninth and Thirtieth streets, when a
collision took place between a car of the Third Avenue
Railroad Company and an ice wagon belonging to the
defendant, which threw the wagon into the excavation
and upon the plaintiff causing the injuries complained of.

*Frederick M. Thompson* and *Frank R. Savidge* for
appellant.

*Lowen Edward Ginn* and *Thomas F. O'Sullivan* for
respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO
and POUND, JJ. Not sitting: MCLAUGHLIN, J. Absent:
ANDREWS, J.